[L. A. No. 22358. In Bank. Jan. 20, 1953.]

DOROTHEA COLE et al., Appellants, v. PAUL RUSH et al., Defendants; FRANK VAN STONE, Respondent.

John C. Stevenson and Lionel Richman for Appellants.

Parker, Stanbury, Reese & McGee and A. P. G. Steffes for Respondent.

THE COURT.— This is an appeal from an order sustaining a demurrer without leave to amend. Such an order is nonappealable (*Evans* v. *Dabney* (1951), 37 Cal.2d 758, 759 [235 P.2d 604], and authorities there cited; 3 Cal.Jur.2d 476), and this court must, therefore, dismiss the appeal of its own motion. (*Collins* v. *Corse* (1936), 8 Cal.2d 123, 124 [64 P.2d 137]; *Estate of Brady* (1948), 32 Cal.2d 478, 480 [196 P.2d 881]; *Rosenberg* v. *Knesboro* (1947), 80 Cal.App.2d 36, 38 [180 P.2d 750]; see, also, 4 Cal.Jur.2d 337, and cases there cited.)

The appeal is, therefore, dismissed.